IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**JONATHAN LEE RICHES,**

    **Petitioner,**

**vs.**                                                                  **1:08cv115-MMP/AK**

**USP COLEMAN, et al.,**

    **Respondents.**

_____/

## O R D E R

This cause is before the Court on Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. Petitioner is presently housed at FCI Williamsburg, Salters, South Carolina, and thus, this cause may have been improperly filed here, since a § 2241 petition must be filed in the district of confinement.

Before the Court reaches a decision regarding whether venue properly lies in this jurisdiction, Petitioner should amend his petition on the appropriate form which will be sent to him to include all matters regarding his habeas claims which he wants to place before the Court for consideration. Petitioner is reminded that N.D. Loc. R. 15.1 provides that matters not set forth in the amended pleading are deemed abandoned. In other words, the amended petition replaces entirely the claims raised in

the original petition, and Petitioner cannot merely refer back to the original petition but must restate his claims in their entirety when he amends the petition.

Petitioner must also file a motion for leave to proceed *in forma pauperis* or pay the $5.00 filing fee. The appropriate form will be provided.

Accordingly, it is ORDERED:

That the Clerk shall furnish Petitioner with four § 2241 forms;

That, no later than **June 24, 2008**, Petitioner shall file an "amended petition" as explained in this order, along with two identical copies including any exhibits. He shall also keep an identical copy for his records;

That the Clerk shall furnish Petitioner with an application for leave to proceed *in forma pauperis*;

That, no later than **June 24, 2008**, Petitioner shall either pay the $5.00 filing fee or file a motion for leave to proceed *in forma pauperis*;

**That failure of Plaintiff to comply with this order shall result in a recommendation to the district judge that this matter be dismissed**.

**DONE AND ORDERED** this  *23rd* day of May, 2008.


*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**