IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

    Petitioner,

v.                                             CASE NO. 1:08-cv-00115-MP-AK

USP COLEMAN, et al.,

    Respondents.

_____/

**O R D E R**

        This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, which recommends that this petition be dismissed for failure to prosecute and to obey an order of the Court. The Magistrate Judge filed the Report and Recommendation on Tuesday, August 19, 2008. Petitioner has been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were filed.

        On May 23, 2008, Petitioner was ordered to file an amended petition and a motion to proceed *in forma pauperis*. Doc. 3. Defendant failed to comply with that order. The Magistrate Judge then ordered Petitioner to show cause why this petition should not be dismissed for failure to prosecute and to obey an order of the Court. Defendant has not responded, and the time to do so has passed. Having considered the Report and Recommendation, the Court has determined

that it should be adopted.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate's Report and Recommendation at Doc. 5 is adopted and incorporated by reference in this order.
2. The petition at Doc. 1 is DISMISSED with prejudice.

**DONE AND ORDERED** this  *23rd*   day of September, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge